1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MARSHALL, | Case No. 1:11-cv-01908-DLB PC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | ECF No. 9 |
| PAM AHLIN, et al., | RESPONSE DUE WITHIN TWENTY-ONE |
| Defendants. | DAYS |

Plaintiff Oscar Marshall ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  On November 7, 2012, the Court ordered Plaintiff to complete and return documents for the United States Marshals Service to effect service of process on Defendants.  Plaintiff was provided thirty days by which to comply.  ECF No. 9.  As of the date of this order, Plaintiff has not complied with the Court's order.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **twenty-one (21) days** from the date of service of this order why this action should not be dismissed for failure to obey a court order.  Failure to timely respond or otherwise show cause will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:  __**January 8, 2013**__          _____ /s/ _Dennis L. Beck_

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28