# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MARSHALL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PAM AHLIN, et al.,<br><br>　　　　　Defendants. | Case No. 1:11-cv-01908-DLB PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION AND DIRECTING CLERK OF THE COURT TO RE-SERVE NOVEMBER 7, 2012 ORDER**<br><br>ECF No. 11 |

　　　　Plaintiff Oscar Marshall ("Plaintiff") is a civil detainee in the custody of the California Department of Mental Health ("DMH"), detained pursuant to California's Sexually Violent Predators Act ("SVPA"), Cal. Welf. & Inst. Code § 6600, et seq. Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

　　　　The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and finds that it states a cognizable claim for relief under 42 U.S.C. § 1983 against Defendants F. Moreno and R. Medina for violation of the Fourth Amendment and excessive force in violation of the Due Process Clause of the Fourteenth Amendment. On November 7, 2012, the Court issued an order finding service of the complaint appropriate and forwarding documents to Plaintiff for completion and return. On January 8, 2013, the Court issued an order to show cause why this action should not be dismissed for failure to obey the Court's November 7, 2012 Order. On January 18, 2013, Plaintiff filed a motion requesting that the Court re-serve the November 7, 2012 Order. Plaintiff contends that he never received the order.

Good cause appearing, it is HEREBY ORDERED that:

1. The order to show cause, issued January 8, 2013, is discharged;
2. Plaintiff's motion, filed January 18, 2013, is granted;
3. The Clerk of the Court is directed to re-serve the Court's November 7, 2012 Order, filed at ECF No. 9; and
4. Plaintiff is granted thirty (30) days from the date of service of this order by which to comply with the November 7, 2012 Order.  Failure to timely comply will result in dismissal of the action for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **February 15, 2013**                    /s/ *Dennis L. Beck*
                                                                UNITED STATES MAGISTRATE JUDGE