# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MARSHALL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAM AHLIN, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-01908 LJO DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO ADD EXHIBIT TO OBJECTIONS<br>[ECF No. 43] |

　　　Plaintiff Oscar Marshall ("Plaintiff") is a civil detainee in the custody of the California Department of Mental Health, detained pursuant to California's Sexually Violent Predator Act ("SVPA"), Cal. Welf. & Inst. Code § 6600 et seq. This action is proceeding on Plaintiff's complaint filed on November 16, 2011, against Defendants F. Moreno and R. Medina for violation of the Fourth Amendment and excessive force in violation of the Due Process Clause of the Fourteenth Amendment. On August 18, 2014, Defendants filed a motion for summary judgment. On January 20, 2015, Plaintiff filed an opposition to the motion for summary judgment and a cross-motion for summary judgment. On January 28, 2015, Defendants filed a reply to Plaintiff's opposition and an opposition to Plaintiff's cross-motion. On February 13, 2015, Plaintiff filed a reply to Defendants' opposition to his cross-motion.

　　　On March 10, 2015, Plaintiff filed the instant motion to submit newly discovered evidence. Defendants did not file an opposition. Plaintiff requests that he be permitted to add "Appendix K" to

his appendix of documents attached to his opposition to Defendants' motion for summary judgment. The Court will grant Plaintiff's request. The document will be considered as part of the Appendix attached to Plaintiff's opposition. However, the Court makes no ruling as to the relevance of the document.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1) Plaintiff's motion to add Appendix K to his opposition is GRANTED;

2) Defendants are GRANTED twenty-one (21) days from the date of service of this order to amend their reply and address Appendix K, if necessary.

IT IS SO ORDERED.

Dated:   **April 22, 2015**                              /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE