# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MARSHALL,<br><br>        Plaintiff,<br><br>   v.<br><br>PAM AHLIN, et al.,<br><br>        Defendants. | Case No. 1:11-cv-01908 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR JUDICIAL NOTICE<br>[ECF No. 51] |

    Plaintiff Oscar Marshall, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 16, 2011.

    On September 29, 2015, the undersigned issued Findings and Recommendations that recommended Defendants' Motion for Summary Judgment be GRANTED. The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days. On October 29, 2015, Plaintiff filed objections. On November 3, 2015, Defendants filed a reply. On November 19, 2015, the District Court adopted the Findings and Recommendations in part. Defendants' motion for summary judgment was granted on Plaintiff's Fourth Amendment claim, but denied on Plaintiff's excessive force claim. Accordingly, the case is proceeding on Plaintiff's excessive force claim.

    On December 2, 2015, Plaintiff filed a request for judicial notice. Plaintiff takes issue with the Findings and Recommendations and argues that the Findings and Recommendations must be

1

reversed to allow further proceedings to occur.  Plaintiff's request will be denied.  First, the time for filing objections to the Findings and Recommendations has passed, and indeed, Plaintiff did file objections.  Second, the Findings and Recommendations have already been addressed by the District Court along with Plaintiff's objections.  Third, the case is not terminated and is in fact proceeding on Plaintiff's excessive force claim.

      Accordingly, Plaintiff's request for judicial notice is DENIED.

IT IS SO ORDERED.

    Dated:   **December 9, 2015**　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2