# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MARSHALL, | Case No.: 1:11-cv-01908 LJO DLB (PC) |
| Plaintiff, | ORDER AFTER TRIAL SETTING CONFERENCE |
| v. | (Doc. 62) |
| PAM AHLIN, et al., | |
| Defendants. | |

After the Court learned that the Deputy Attorney General assigned to the case had died, the Court vacated the trial confirmation hearing and the trial date. (Doc. 58) The Court ordered the parties to participate in a telephonic trial setting conference. Id. Thus, after conducting the conference, the Court **ORDERS**:

1.    The matter is set for trial on **November 8, 2016** at 8:30 a.m. in Courtroom 4, before the Honorable Lawrence J. O'Neill;

2.    The pretrial conference is set on **September 6, 2016** at 8:30 a.m;

3.    Motions for the attendance of incarcerated witnesses, if any, must be filed on or before **August 5, 2016**.[1] Opposition to the motion, if any, must be filed on or before **September 15, 2016;**

---

[1] Plaintiff **SHALL** comply with the procedures for obtaining the presence of incarcerated witnesses and unincarcerated as set forth in the Court's "Second Scheduling Order" dated December 10, 2015. (Doc. 53)

1

4.  If Plaintiff wishes to have the Marshal serve any unincarcerated witnesses[2] who refuse to testify voluntarily, Plaintiff must submit the money orders to cover the witnesses' travel expenses plus the daily witness fee of $40 per witness to the Court no later than **September 15, 2016**. Plaintiff must notify the Court of the names and locations of these witnesses on or before **August 5, 2016**

5.  Plaintiff shall serve and file a pretrial statement in accordance with Local Rule 281 on or before **July 15, 2016**;

6.  Defendant shall serve and file a pretrial statement in accordance with Local Rule 281 on or before **August 5, 2016**.

7.  The Clerk of the Court is DIRECTED to serve Plaintiff a copy of Local Rule 281 with this order.

**Failure to comply with this order may be grounds for imposing sanctions.**

IT IS SO ORDERED.

Dated:   **May 13, 2016**            **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE

---

[2] See note 1.