**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| OSCAR MARSHALL, | ) | Case No.: 1:11-cv-01908 LJO DLB (PC) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANTS' REQUEST |
| v. | ) | TO BE RELIEVED FROM COMPLIANCE |
| | ) | |
| PAM AHLIN, et al., | ) | [ECF No. 65] |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Plaintiff Oscar Marshall ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action for damages is proceeding on Plaintiff's complaint against Defendants F. Moreno and R. Medina for excessive force in violation of the Fourteenth Amendment of the United States Constitution.

Pursuant to the May 16, 2016, Order after Telephonic Trial Setting Conference, and Minute Order of June 14, 2016, trial is set for November 8, 2016, and a telephonic trial confirmation hearing is set for August 31, 2016.  Plaintiff's pretrial statement was due on July 15, 2016.  Defendants' pretrial statement is due on August 5, 2016.

As of this date, Plaintiff has not filed a pretrial statement.  By separate order, the Court has ordered Plaintiff to file his pretrial statement within seven days and advised Plaintiff that failure to do so would result in sanctions such as dismissal of the case.

On August 1, 2016, Defendants filed a request for relief from having to file their pretrial statement given Plaintiff's failure to file his.  Good cause having been presented, and GOOD CAUSE APPEARING THEREFOR, Defendants' motion is GRANTED.  If Plaintiff files his pretrial statement, Defendants are GRANTED fourteen (14) days from the date of service of Plaintiff's pretrial statement to file their pretrial statement.

IT IS SO ORDERED.

Dated:   **August 9, 2016**                          /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE