UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MARSHALL, ) | Case No.: 1:11-cv-01908 LJO DLB (PC) |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PLAINTIFF TO |
| v. ) | FILE PRETRIAL STATEMENT |
| ) | **WITHIN SEVEN DAYS** |
| PAM AHLIN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

    Plaintiff Oscar Marshall ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action for damages is proceeding on Plaintiff's complaint against Defendants F. Moreno and R. Medina for excessive force in violation of the Fourteenth Amendment of the United States Constitution.

    Pursuant to the May 16, 2016, Order after Telephonic Trial Setting Conference, and Minute Order of June 14, 2016, trial is set for November 8, 2016, and a telephonic trial confirmation hearing is set for August 31, 2016. Plaintiff's pretrial statement was due on July 15, 2016. Defendants' pretrial statement is due on August 5, 2016.

    As of this date, Plaintiff has not filed a pretrial statement.

1

Plaintiff is therefore ORDERED to file his pretrial statement within seven (7) calendar days of the date of service of this order. **If Plaintiff does not file a pretrial statement, sanctions, including possible dismissal, will result**.

IT IS SO ORDERED.

Dated:   **August 9, 2016**                              /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE